FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2021

No. 04-21-00113-CV

Al **SUAREZ**, as Mayor City, Jeff Beehler, as Place 5 Member, City Council of the City of Converse; Katthy Richel, as Place 1 Member, City Council of City of Converse; Shawn Russell as Place 3 Member, City Council of the City of Converse; March Gilbert, as Place 6 Member, City Council of the City of Converse, Le Ann Piatt, City Manager of the CIty of Converse; Holly Nagy as Secretary of the City of Convese; and City of Converse (collectively referred as "Defendants/Respondents" and/or "Defendants"),
Appellants

v.

Katherine **SILVAS**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22419
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellee's unopposed motion for leave to exceed the maximum word count for her brief is **GRANTED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court